■ LA VONNE L. MACK, Appellant, v JOHN A. STEWART, JR., et al., Constituting the Village of Fayetteville Planning Board, et al., Respondents.—Judgment unanimously affirmed without costs for reasons stated in the decision at Supreme Court, Onondaga County, Tait, J. (Appeal from judgment of Supreme Court, Onondaga County, Tait, J.—art 78.) Present—Dillon, P. J., Boomer, Pine, Davis and Lowery, JJ.